■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELEZ HAXHIJAJ, Appellant. — Judgment of the Supreme Court, New York County (Kenneth Shorter, J.), entered on March 10, 1983, convicting the defendant after jury trial of criminal sale of a controlled substance in the second degree (Penal Law, § 220.41) and two counts of criminal possession of a controlled substance in the third degree (Penal Law, § 220.16) and sentencing the defendant to concurrent prison terms of 3 to 9 years on each of the convictions for possession of a controlled substance in the third degree and to a consecutive sentence of imprisonment of 4 years to life on his conviction of criminal sale of a controlled substance in the second degree is unanimously modified, on the law, to reverse so much of the sentences as directs that they be consecutive and substitute therefor a direction that they be concurrent and the judgment is otherwise affirmed. ¶ The defendant's convictions arise out of a single transaction involving the sale, on January 29, 1983, by him and an accomplice, Gilberto Colon, of an ounce of heroin to two undercover members of the Drug Enforcement Agency Task Force. Under these circumstances, only concurrent sentences can be imposed (see CPL 40.10, subd 2; Penal Law, § 70.25, subd 2; *People v Martinez,* 82 Misc 2d 56). Concur — Kupferman, J. P., Silverman, Fein, Kassal and Alexander, JJ.

■ In the Matter of the Arbitration between EMPIRE MUTUAL INSURANCE COMPANY, Respondent, and MORDECHAI SAMYA, Appellant. — Judgment and order (one paper) of the Supreme Court, New York County (S. Schwartz, J.), entered July 30, 1983, which granted the petition and permanently stayed arbitration, reversed, on the law, and the petition for a stay denied, with costs. ¶ The respondent-appellant Samya allegedly was hit by an unknown vehicle which left the accident scene at an intersection in Brooklyn. He was hospitalized by ambulance, where he was confined from the date of the accident, July 14, 1982, to July 19. On July 21 he filed a police report. ¶ The uninsured motorist indorsement of the insurance policy pursuant to which Samya filed a demand for arbitration and a notice of intention to make a claim, required that the insured or someone on his behalf "have reported the accident within 24 hours or as soon as reasonably possible" to the police. ¶ In view of the seemingly legitimate hospitalization, the report was made within a reasonable time. Concur — Kupferman, J. P., Ross, Asch, Fein and Kassal, JJ.